AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TERRELL R. JOHNSON,

          Petitioner

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: CV 120-059
(Formerly CR 112-129)

UNITED STATES OF AMERICA,

          Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated June 2, 2020, the Magistrate Judge's Report and Recommendation is  ADOPTED as the Court's opinion; therefore, Petitioner's Motion filed pursuant to 28 U.S.C. § 2255 is DISMISSED on the basis that it is successive and has not been authorized by the Eleventh Circuit Court of Appeals for consideration. Additionally, Petitioner is DENIED a Certificate of Appealability, and Petitioner is not entitled to appeal in forma pauperis. This case stands CLOSED.



06/02/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*

GAS Rev 10/1/03